IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **TEQUILA JOHNSON,** | \* |
| Plaintiffs, | \* |
| v. | \*   No. 3:23-cv-00232 |
| **FAMILY DOLLAR STORES OF TENNESSEE, LLC and FAMILY DOLLAR SERVICES, LLC,** | \*   JURY DEMANDED |
| Defendants. | \* |

## NOTICE OF SETTLEMENT

COMES NOW Family Dollar Stores of Tennessee, Inc. and Family Dollar Services, LLC, by and through counsel, to notify the Court that the parties have settled this lawsuit and will file a Stipulation of Dismissal in accordance with Rule 68.1 of the *Local Rules of Court*.

Respectfully submitted,

**CARR ALLISON**

BY:   /s/ Chancey R. Miller
      **SEAN W. MARTIN, BPR #020870**
      **CHANCEY R. MILLER, BPR #036124**
      Attorneys for Defendants
      736 Market Street, Suite 1320
      Chattanooga, TN 37402
      (423) 648-9832 / (423) 648-9869 FAX
      swmartin@carrallison.com
      cmiller@carrallison.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2024, I electronically filed **NOTICE OF SETTLEMENT** with the Clerk of Court using the CMECF system which will automatically send email notification of such filing to the following attorneys of record:

    Darrell Douglas, Esq.
    Nathan Evans, Esq.
    Wettermark & Keith, LLC
    1225 East Wisegarber Road, Suite 160
    Knoxville, TN 37909
    ddouglas@wkfirm.com
    nevans@wkfirm.com

BY:   /s/ Chancey R. Miller
       **SEAN W. MARTIN, BPR #020870**
       **CHANCEY R. MILLER, BPR #036124**